■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. FRANCISCO CRUZ.— Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ. (B) THE PEOPLE OF THE STATE OF NEW YORK v. EDWARD OSCAR KEY. (C) THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS LAKE. (D) THE PEOPLE OF THE STATE OF NEW YORK v. HERBERT LEE FOSTER. (E) THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH SCAROLA. (F) THE PEOPLE OF THE STATE OF NEW YORK v. ANTONIO FUENTES. (G) THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS BATTICE.— Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ. (H) STANLEY ROSSWIG v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA. — Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ. [In each action] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein.

■ JOHN ORPHANOS et al. v. CHECKER TAXI COMPANY, INC., et al.— Motion to dismiss appeal denied, without prejudice, however, to a renewal thereof upon the argument or submission of the appeal. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ M. W. KELLOGG COMPANY v. ESSO STANDARD OIL COMPANY.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ THERESA CAIOLA v. PETER CAIOLA.— Motion to dismiss appeal denied. The appellant's request for leave to appeal as a poor person is denied, without prejudice, however, to a renewal thereof upon proper papers. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ CHARLES ALVAREZ et al. v. ROAMAN'S INC. et al.— Motion to dismiss appeal granted, without costs. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ABNER BULLARD.— Motion to dispense with printing granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ALFRED GENCARELLI.— Motion for enlargement of time granted insofar as to extend the defendant's time to serve and file the record on appeal and appellant's points to and including September 12, 1961, with notice of argument for the October 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK v. MICHAEL JANICKI.— Motion for leave to reargue denied. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

■ LUCILLE ROBBINS v. THREE FIFTY TWO REALTY CORPORATION et al.— Motion for a stay granted on condition that the appeal is argued or submitted on March 14, 1961. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ In the Matter of CLASSIC TOGS, INC., v. JOINT BOARD OF CLOAK, SUIT, SKIRT AND REEFER MAKERS' UNION, SKIRT DEPARTMENT, LOCAL 23, I.L.G.W.U., et al.— Motion for a stay denied, with $10 costs. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.